[No. 45369-6-I.   Division One.   February 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYANT K. MILO,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-00776-8, Richard M. Ishikawa, J., entered
September 24, 1999. *Affirmed* by unpublished per curiam
opinion.

[Nos. 45527-3-I; 45619-9-I.   Division One.   February 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILBERT WILSON,
JR., ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 99-1-03954-4, Janice Niemi, J., entered Nov-
ember 8, 1999. *Affirmed* by unpublished per curiam opin-
ion.

[Nos. 41865-3-I; 44565-1-I.   Division One.   February 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALAN
JOHNSON, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 97-1-01564-9, Norma Smith Huggins, J., en-
tered December 22, 1997. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Agid, C.J., and Ellington,
J.

[No. 45505-2-I.   Division One.   February 20, 2001.]

CHARLES A. SEYBOLD, ET AL., *Appellants*, v. BRUCE NEU, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-13375-1, Suzanne M. Barnett, J., entered
October 1, 1999. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Grosse and Appelwick, JJ.
Now published at 105 Wn. App. 666.